1  TRACY L. WILKISON
   Acting United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division                              JS-6
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  PAUL SACHELARI, CSBN 230082
7  Special Assistant United States Attorney
8        Social Security Administration
         160 Spear St., Suite 800
9        San Francisco, CA  94105
10       Telephone:  (510) 970-4853
11       Facsimile:  (415) 744-0134
         Email:  Paul.Sachelari@ssa.gov
12 Attorneys for Defendant
13

14
                 UNITED STATES DISTRICT COURT
15               CENTRAL DISTRICT OF CALIFORNIA
16                    SOUTHERN DIVISION
17

18 JOHN ADAMS,                    )  Case  No.  8:21-cv-00578-KK
                                  )
19       Plaintiff,               )  **JUDGMENT OF REMAND**
                                  )
20           v.                   )
                                  )
21 KILOLO KIJAKAZI,[1]            )
22 Acting Commissioner of Social  )
   Security,                      )
23                                )
                                  )
24       Defendant.               )
25

26 [1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9,
27 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo
   Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this
28 suit. No further action need be taken to continue this suit by reason of the last
   sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1      The Court having approved the parties' Stipulation to Voluntary Remand

2  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

3  ("Stipulation to Remand") lodged concurrent with the lodging of the within

4  Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

5  **DECREED** that the above-captioned action is remanded to the Commissioner of

6  Social Security for further proceedings consistent with the Stipulation to Remand.

7

8  DATED: September 13, 2021                    _____

9                                              HON. KENLY KIYA KATO
                                               UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28